Richard Segerblom
Nevada State Bar No. 1010
rsegerblom@lvcoxmail.com
602 South 10th Street
Las Vegas, Nevada 89101
Telephone: (702) 388-9600
Facsimile: (702) 385-2909

Jay D. Ellwanger
Madison R. Chilton
**ELLWANGER HENDERSON LLLP**
11149 Research Blvd., Suite 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile: (737) 808-2262
jellwanger@equalrights.law
mchilton@equalrights.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP FRYAR,<br><br>              Plaintiff,<br><br>      v.<br><br>SOC, LLC,<br><br>              Defendant, | Case No. 2:24-cv-01607-GMN-MDC<br><br><br>**PLAINTIFF'S UNOPPOSED MOTION**<br>**TO WITHDRAW AS COUNSEL** |

Madison Chilton moves to withdraw as counsel for Plaintiff in this case due to her leaving Ellwanger Henderson LLLP.  Plaintiff will continue to be represented by counsel from Ellwanger Henderson LLLP.

Dated: February 9, 2026

Respectfully submitted
*/s/ Madison R. Chilton*
Richard Segerblom
Nevada State Bar No. 1010
rsegerblom@lvcoxmail.com
602 South 10th Street

1

Las Vegas, Nevada 89101
Telephone: (702) 388-9600
Facsimile: (702) 385-2909

Jay D. Ellwanger (admitted *pro hac vice*)
Texas State Bar No. 24036522
jellwanger@equalrights.law
Madison Chilton (admitted *pro hac vice*)
Texas State Bar No. 24132727
mchilton@equalrights.law
ELLWANGER HENDERSON LLLP
11149 Research Blvd., Suite 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile:  (737) 808-2262

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Diana Dickinson, counsel for Defendant SOC, LLC, by electronic mail on February 6, 2025 regarding the relief requested in this motion. Defendant SOC, LLC is not opposed to the relief sought by this motion.

/s/ *Jay D. Ellwanger*
Jay D. Ellwanger

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

/s/ *Madison R. Chilton*
Madison R. Chilton

2

Richard Segerblom
Nevada State Bar No. 1010
rsegerblom@lvcoxmail.com
602 South 10th Street
Las Vegas, Nevada 89101
Telephone: (702) 388-9600
Facsimile: (702) 385-2909

Jay D. Ellwanger
Madison R. Chilton
**ELLWANGER HENDERSON LLLP**
11149 Research Blvd., Suite 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile: (737) 808-2262
jellwanger@equalrights.law
mchilton@equalrights.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP FRYAR,<br><br>         Plaintiff,<br><br>v.<br><br>SOC, LLC,<br><br>         Defendant, | Case No. 2:24-cv-01607-GMN-MDC<br><br>**ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 47)** |

Before the Court is Attorney Madison Chilton's *Unopposed Motion to Withdraw as Counsel* for Plaintiff. Plaintiff will continue to be represented by Ellwanger Henderson LLLP.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore **ORDERED** that the Motion is **GRANTED**.

IT IS SO ORDERED.

                                     _____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: <u>February 11, 2026</u>

1