Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Diana G. Dickinson, Esq.
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone:     702.862.8800
Fax No.:       702.862.8811
Telephone:     702.348.4888
Fax No.:       702.786.0127
kmtaylor@littler.com
ddickinson@littler.com

Attorneys for Defendant
SOC LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP FRYAR, | Case No. 2:24-cv-01607-GMN-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING** |
| SOC, LLC, | **(FIRST REQUEST)** |
| Defendant. | |

Defendant SOC LLC ("Defendant") and Plaintiff Phillip Fryar ("Plaintiff") hereby stipulate to continue the hearing regarding the Stipulation to Extend Discovery Deadlines (ECF No. 58) currently set for July 9, 2026 (ECF No. 59) by at least eighteen days to July 27, 2026, or a subsequent date and time convenient the Court.

The reason for the request to continue the hearing date is because of a medical procedure for counsel for Defendant and preplanned vacations for both Plaintiff and Defendant's counsel. When the Court scheduled the hearing, counsel for Defendant alerted Plaintiff's counsel that she would be unavailable for the scheduled hearing date due to a medical procedure. The parties began conferring on a mutually agreeable date to continue the hearing and drafting a stipulation regarding the same. On July 2, 2026, counsel for Defendant had a medical appointment and learned that her

LITTLER
MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Las Vegas, NV 89113.4770
702.862.8800

treating physician is moving the medical procedure from July 9, 2026, to July 13, 2026, or possibly later that week depending on the results of Defendant's counsel's next appointment.

Counsel for Plaintiff is located in Austin, Texas and will have to fly to Las Vegas for the in-person hearing. However, due to Plaintiff's counsel's prescheduled vacation, he is unavailable July 9th-20th. Plaintiff's counsel has had this family vacation planned since before he started working at the firm Valli Kane & Vagnini, LLP and this is the only trip he has planned for the summer.

The following week, July 19th-26th, counsel for Defendant is taking personal time off for a prescheduled vacation with extended family. This family vacation has been planned since February of 2026, is with 12 total extended family members, and cannot be rescheduled. Defense counsel has also not seen 4 of these extended family members for over a year because they have been living abroad. Therefore, the parties request the hearing be scheduled on July 27, 2026, or a later date convenient to the Court.[1]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] To the extent the Court needs to reschedule this hearing to the first two weeks in August, counsel for Defendant is unavailable August 5th (deposition scheduled for a different matter), August 10th (orientation for son's school and doctor's appointment), and August 11th-August 12th (school activities for son).

LITTLER
MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Las Vegas, NV 89113.4770
702.862.8800

4921-0325-8809

Good cause exists to grant this stipulation and continuing this hearing from its current setting. It is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated: July 2, 2026

Respectfully submitted,

/s/ Holt Lackey

Richard Segerblom, Esq.
LAW OFFICE OF RICHARD
SEGERBLOM, LTD.

Holt Lackey, Esq.
(admitted pro hac vice)
VALLI KANE & VAGNINI, LLP

Attorney for Plaintiff
PHILLIP FRYAR

Dated: July 2, 2026

Respectfully submitted,

/s/ Diana G. Dickinson

Karyn M. Taylor, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SOC LLC

**ORDER**

**IT IS ORDERED** that the hearing regarding the Stipulation to Extend Discovery Deadlines (see ECF Nos. 58, 59) is **CONTINUED** to **August 21, 2026, at 9 a.m.** in **Courtroom 3C**.

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:   July 6, 2026

LITTLER
MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Las Vegas, NV 89113.4770
702.862.8800

3