Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Diana G. Dickinson, Esq.
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone: 702.862.8800
Fax No.: 702.862.8811
Telephone: 702.348.4888
Fax No.: 702.786.0127
kmtaylor@littler.com
ddickinson@littler.com

Attorneys for Defendant
SOC LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PHILLIP FRYAR,

Plaintiff,

v.

SOC, LLC,

Defendant.

Case No. 2:24-cv-01607-GMN-MDC

**STIPULATION TO EXTEND DISPOSITIVE MOTIONS DEADLINE AND TO CONTINUE THE SETTLEMENT CONFERENCE**

**[FIRST REQUEST]**

Defendant SOC LLC ("Defendant") and Plaintiff Phillip Fryar ("Plaintiff"), through their respective counsel, hereby stipulate and agree to extend the deadline to file Dispositive Motions outlined in the current Discovery Plan and Scheduling Order (ECF No. 70) for a period of 30 days, up to and including December 9, 2026.

This is the first request for an extension to the dispositive motions deadline in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days before the current deadline. No party is prejudiced by the requested extension.

The dispositive motion deadline is currently November 9, 2026. Additional time is needed to prepare dispositive motions as counsel for Defendant will be on a continuous medical leave from

approximately October 5th to October 26th. As such, good cause exists for this extension, and the parties stipulate and agree that the dispositive motion deadline will be moved to December 9, 2026.

Assuming the Court grants this extension, the opposition will be due December 30, 2026, and the reply will be due January 13, 2027. *See* Local Rule 7-2(b). However, the Court currently has a settlement conference scheduled for December 8, 2026. ECF No. 68. The parties believe that to facilitate a meaningful mediation session, the parties should fully brief the dispositive motions. Because the confidential mediation statement is due seven days before the session, the parties request that the session be continued to at least two weeks after the reply deadline. Therefore, the parties also request that the Court continue the settlement conference to January 27, 2027 or a subsequent date time that is available for conducting the mediation. This is the first request to continue the mediation session and is made in good faith and not for purposes of undue delay.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Holt Lackey*

Richard Segerblom, Esq.
LAW OFFICE OF RICHARD SEGERBLOM, LTD.

Robert J. Valli, Jr. Esq.
(*admitted pro hac vice*)
Holt Lackey, Esq.
*(admitted pro hac vice)*
VALLI KANE & VAGNINI, LLP

Attorney for Plaintiff
PHILLIP FRYAR

Dated: September 29, 2026

Respectfully submitted,

*/s/ Diana G. Dickinson*

Karyn M. Taylor, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SOC LLC

The parties' request to continue Settlement Conference is **GRANTED**. **IT IS ORDERED** that the Settlement Conference is **CONTINUED** to **February 11, 2027, at 9am**. Settlement briefs must be emailed to Chambers by 4pm on February 4, 2027. All other aspects and obligations by the Court's 08/14/2026 Order (ECF No. 68) remain in effect.

**ORDER**

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2026



LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Las Vegas, NV 89113.4770
702.862.8800